UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS (SAN ANTONIO)

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>              Plaintiff,<br><br>- against –<br><br>IHEARTMEDIA, INC.<br><br>              Defendant | Case No. 5:20-cv-00708 (FB) |

**PLAINTIFF'S RESPONSE TO**
**ORDER TO SHOW CAUSE UPON COUNSEL'S DECLARATION**

I, **RICHARD LIEBOWITZ**, hereby declare under the penalty of perjury as follows:

1. I am counsel for Plaintiff Christopher Sadowski ("Plaintiff") and respectfully submit this response to the Court's order to show cause, dated October 13, 2020 [Dkt. # 6], regarding service of process on Defendant IHeartmedia, Inc. ("Defendant").

2. This action was filed on June 17, 2020 [Dkt. #1]

3. A copy of the summons and complaint was served on Defendant on June 17, 2020 [Affidavit of Service, Dkt. #7]

4. Accordingly, because the summons and complaint was served on Defendant within 90 days as per Fed.R.Civ.P 4(m), Plaintiff respectfully submits that the Court decline to dismiss the action.

5. We would also like to apologize to the Court for the delay in filing the affidavit of service. The parties are currently engaging in settlement discussions.

                                                                                     Respectfully Submitted:

Dated: Valley Stream, New York
Executed this 20th Day of October, 2020

/s/richardliebowitz/
Richard Liebowitz

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via CM/ECF on October 20, 2020.

/s/richardliebowitz/